**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1990

JEROME ANDREW BURNETT,

Plaintiff - Appellant,

v.

ALDI INC., Maryland,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-00376-JRR)

Submitted:  January 23, 2025                    Decided:  January 27, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerome Andrew Burnett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Andrew Burnett seeks to appeal the district court's orders (1) granting Defendant's motion to dismiss Burnett's multiple employment related claims, including claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213; and (2) denying Burnett's Fed. R. Civ. P. 59(e) motion.  Burnett has also filed a "Motion for 42 Code of Federal Regulations (CFR) § 93-219 – Preponderance of the evidence of May 17, 2025." (ECF No. 29 at 1).  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying the Rule 59(e) motion on May 7, 2024, and the appeal period expired on June 6, 2024.  *See* Fed. R. App. P. 4(a)(1)(A), (a)(4)(A)(iv).  Burnett filed the notice of appeal on October 4, 2024.  Because Burnett failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.  We deny the pending motion as moot.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*